# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GEORGE TRIPLETT

NO. 2025 KW 0926

**NOVEMBER 26, 2025**

---

In Re:   George Triplett, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-13-0505.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED.**   The court is ordered to act on relator's motion to supplement his application for postconviction relief, filed on about July 5, 2017 and November 6, 2025, on or before January 7, 2026.  A copy of the district court's action shall be filed in this court on or before January 14, 2026.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT